IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEVON A. ROZIER,

    Plaintiff,

v.                                                       4:13cv599-WS

SOUTHGATE CAMPUS CENTER,
KEN MILLS, et al.,

    Defendants

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed December 16, 2013. The magistrate judge recommends that the plaintiff's case be dismissed because it is barred by the statute of limitations and by the doctrine of res judicata. The plaintiff has filed objections (doc. 6) to the report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED with prejudice.

3. The clerk shall enter judgment stating: "This action is dismissed with prejudice."

DONE AND ORDERED this  10th  day of   January  , 2013.


    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE